DOCUMENTS UNDER SEAL ☐ | DOCUMENT NUMBER:

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy Lerma Garcia | REPORTER/FTR FTR 7/10/07 10:04:43-10:08:24 | |
|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 7/10/07 | NEW CASE ☐ | CASE NUMBER 4-07-70388-WDB |

### APPEARANCES

| DEFENDANT RAFAEL MIRANDA | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Guadalupe Valencia (Spec. Appear.) | PD. ☐ APPT. ☐ | RET. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY Michelle Morgan-Kelly | | INTERPRETER Interpreter not needed by deft. | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Victoria Gibson | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR time FURTHER | ☐ PRELIM HRG time | ☐ MOTION time | ☐ JUGM'T & SENTG time | [x] STATUS time 3 Mins HELD |
| [x] I.D. COUNSEL time 1 Min HELD | ☐ ARRAIGNMENT time | ☐ BOND SIGNING time | ☐ IA REV PROB. or S/R time | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ ID/REMOVAL HRG time | ☐ CHANGE PLEA time | ☐ PROB. REVOC. time | ☐ SUP REL HRG time |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

FILED
JUL 10 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | [x] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 7/24/07 | [x] FURTHER I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | [x] PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. WAYNE D. BRAZIL | [x] DETENTION HEARING OR SETTING | ARRAIGN- MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| [x] TIME WAIVED BY DEFT. RE: HIS DETEN. HRG. & PRELIM. HRG./ ARRAIGNMENT ON INDICTMENT | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

At this time, Atty. Guadalupe Valencia told Court that he and his office is still making a spec. appear. on behalf of the deft. He said he will be able to finalize the issue re: deft's representation with the deft. and his family within a week from now. Atty. Guadalupe Valencia asked the Court to continue this matter either on 7/23/07 or 7/24/07 - without objections from both the deft. and the govt's atty., request GRANTED. Atty. G. Valencia will contact Pret. Services if he decides that the deft. needs to be interviewed by Pret. Services prior to the 7/24/07 hearing date.

cc: WDB's Stats, Pretrial