AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 371 - Conspiracy to Possess Unregistered Firearms

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

5 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4:07-70388WDB

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

E-filing

---- DEFENDANT - U.S. ----

▶ THOMAS RICHARD WILLIAMS

DISTRICT COURT NUMBER

**CR07-00442 SBA**

FILED
JUL 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

18 U.S.C. § 371 - Conspiracy to Possess Unregistered Firearms

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---

**DEFENDANT - U.S.**

▶ RAFAEL MIRANDA

DISTRICT COURT NUMBER

CR07-0 [  ] 4 4 2 SBA

FILED
JUL 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4:07-70388WDB

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**
VENUE: **OAKLAND**

E-filing

UNITED STATES OF AMERICA,

V.

THOMAS RICHARD WILLIAMS and
RAFAEL MIRANDA,

CR07-00442 SBA

DEFENDANT.

## INDICTMENT

18 U.S.C. § 371 - Conspiracy to Possess Unregistered Firearms

A true bill.

_____ Foreman

Filed in open court this _____ day of

_____ Clerk

Bail, $ No process.

7-12-07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
2007 JUL 12 PM 1:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> THOMAS RICHARD WILLIAMS and RAFAEL MIRANDA, <br> Defendants. | No. CR07-00442 SBA <br> VIOLATION: 18 U.S.C. § 371 - Conspiracy to Possess Unregistered Firearms <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 371 - Conspiracy)

1. Between on or about March 25, 2007 and on or about June 28, 2007, in the Northern District of California, the defendants,

THOMAS RICHARD WILLIAMS and
RAFAEL MIRANDA,

did knowingly conspire to commit offenses against the United States, namely, (a) receiving and possessing a firearm not registered to them in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d), and (b) receiving and possessing a firearm which was not identified by serial number, in violation of 26 U.S.C. § 5861(i).

INDICTMENT

2. In furtherance of the conspiracy and to attain the objects thereof, defendants committed the following overt acts in the Northern District of California:

    a.    On or about March 25, 2007, WILLIAMS contacted a confidential informant by telephone and indicated that he needed two .22 caliber handguns with silencers (meaning equipped with a device for silencing, muffling, or diminishing the report of a portable firearm) to commit a robbery.

    b.    On or about March 30, 2007, WILLIAMS spoke to the confidential informant by telephone and indicated that he would be willing to pay $5000 for the two weapons equipped with silencers and that he would confirm this with MIRANDA.

    c.    On or about March 31, 2007, WILLIAMS contacted the confidential informant by telephone and asked what brand of weapons he would recommend, and when the confidential informant replied Walthers or Berettas, WILLIAMS said he would discuss it with MIRANDA.

    d.    In or about April, 2007, WILLIAMS contacted the confidential informant by telephone and indicated that the weapons should have obliterated serial numbers and confirmed that WILLIAMS and MIRANDA would pay $5,000 for the weapons.

    e.    On or about June 28, 2007:

        (1) WILLIAMS and MIRANDA drove to Crockett, California, to meet with the confidential informant.

        (2) WILLIAMS and MIRANDA met with the confidential informant at a restaurant and discussed potential targets for robbery in Northern and Southern California.

        (3) WILLIAMS and MIRANDA left the restaurant, sat in the confidential informant's vehicle, and physically examined two .22 caliber handguns equipped with silencers with obliterated serial numbers for which they previously had paid the confidential informant $5,000.

        (4) WILLIAMS placed the box containing the weapons equipped with silencers next to him in the back seat of the confidential informant's vehicle and advised the confidential informant that he had done a "good job" obtaining the weapons, and directed the

INDICTMENT

1 | confidential informant to drive to the site of the potential robbery.

2 | All in violation of Title 18, United States Code, Section 371.

3 | DATED:                                           A TRUE BILL.

4 | 7/12/2007

5 |                                                  _____
                                                     FOREPERSON

6 | SCOTT N. SCHOOLS
    United States Attorney

7 |

8 | _____
    W. DOUGLAS SPRAGUE
    Chief, Oakland Branch

10 |

11 | (Approved as to form: _____
12 |                        AUSA Morgan-Kelly

INDICTMENT