1  Patrick Q. Hall, CA Bar No. 97019
2  SELTZER CAPLAN McMAHON VITEK
   A Law Corporation
3  750 B Street, 2100 Symphony Towers
   San Diego, California 92101
4  Telephone: (619) 685-3066
5  Facsimile: (619) 297-1150
   hall@scmv.com
6
7  Attorneys for Defendant
   RAFAEL MIRANDA
8

**FILED**
JUL 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(Venue: Oakland)

| UNITED STATES OF AMERICA, | ) | CR-07-00442-SBA |
|---|---|---|
| Plaintiff, | ) | Case No. ~~MJ-07-70388-WDB~~ |
| vs. | ) | SUBSTITUTION OF ATTORNEY |
| RAFAEL MIRANDA, | ) | |
| Defendant. | ) | |

The Defendant in the above-referenced matter, RAFAEL MIRANDA, hereby substitutes PATRICK Q. HALL, and the law firm of Seltzer Caplan McMahon Vitek as his attorney of record for all matters pertaining to the above-entitled action in the place and stead of the GUADALUPE VALENCIA.

Dated: 7/24/07                            _____
                                          RAFAEL MIRANDA

I consent to the above substitution.

Dated: 7/23/07                            _____
                                          GUADALUPE VALENCIA

1

1 | I consent to the above substitution.
2 | Dated: 7-22-07
3 | _____
    | PATRICK Q. HALL

5 | IT IS SO ORDERED:
6 |
7 | Dated: 7-24-07   _____
8 | WAYNE D. BRAZIL
   | United States Magistrate Judge