**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:7/31/07**

**CR 07-00442SBA**                         **JUDGE: SAUNDRA BROWN ARMSTRONG**

**THOMAS WILLIAMS**
**RAFAEL MIRANDA**                 **Present (X) Not Present ( ) In Custody (X)**
     **DEFENDANT(S)**

 **CHINIHAYI COLEMAN**              **JEROME MATTHEWS**
**U.S. ATTORNEY**                        **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**            **DIANE SKILLMAN**
                                               **Court Reporter**

 **Interpreter**                              **Probation Officer**
                                        **PROCEEDINGS**

**REASON FOR HEARING:    STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/16/07**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to  10/16/07            for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to                @ 9:00 a.m. for                  Motions**
**Brief Sched. Motion papers by        Opposition by          Reply by     **
**Case Continued to            for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due       Motions in limine/objections to evidence due          **
**Responses to motions in limine and/or responses to objections to evidence due          **
**Case Continued to        for Trial(Court/Jury:    Days/weeks) at 8:30 a.m.**
**Case Continued to                for Judgment & Sentencing as to Count(s)         of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to            for Change of Plea @ 11:00 a.m.**
**cc:**