UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 10/16/07

CR 07-00442SBA                    JUDGE: SAUNDRA BROWN ARMSTRONG

**THOMAS RICHARD WILLIAMS**        **JEROME MATTHEWS**
**RAFAEL MIRANDA**                  **GEOFFREY MORRISON**
                                    Present (X) Not Present ( ) In Custody (X)

    DEFENDANT(S)

**CHINHAYI COLEMAN**
 **GARTH HIRE**
U.S. ATTORNEY                       ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark          STARR WILSON
                                     Court Reporter


 Interpreter                         Probation Officer
                    **PROCEEDINGS**

**REASON FOR HEARING:**   STATUS - HELD

**RESULT OF HEARING:**   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 11/27/07

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  11/27/07  for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: