FILED
OCT 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**GEOFFREY C. MORRISON**
California State Bar No. 172059
Geoffrey C. Morrison, Attorney at Law
185 F Street, Ste. 100
San Diego, CA 92101
Telephone: (619) 233-4894
Facsimile: (619) 233-4145

Attorney for Defendant RAFAEL MIRANDA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(Oakland)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAFAEL MIRANDA, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 07-CR-00442-SBA <br><br> **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |

TO THE ABOVE-ENTITLED COURT AND THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA:

COMES NOW DEFENDANT RAFAEL MEDINA (hereinafter "Mr. Medina"), by and through attorney Geoffrey C. Morrison and hereby moves this court to substitute attorney Geoffrey C. Morrison as his attorney of record in place of his previously retained counsel, Patrick Q. Hall.

\\\\

\\\\

- 1

I REQUEST THIS SUBSTITUTION.

Date: 10/16/07                    By: _____
                                      RAFAEL MIRANDA

I ACCEPT THIS SUBSTITUTION.

Date: 10/16/07                    By: _____
                                      GEOFFREY C. MORRISON,
                                      Attorney at Law.

I CONSENT TO THIS SUBSTITUTION.

Date:                             By: _____
                                      PATRICK Q. HALL,
                                      Attorney at Law.

IT IS SO ORDERED:

Date: 10/16/07                    By: _____

- 2 -