# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

**Date:11/27/07**

**CR 07-00442SBA**                    **JUDGE:** **SAUNDRA BROWN ARMSTRONG**

**THOMAS RICHARD WILLIAM**
**RAFAEL MIRAND**                    **Present (X) Not Present ( ) In Custody (X)**
    **DEFENDANT(S)**

                                   **JEROME MATTHEWS**
 **GARTH HIRE**                    **S/A JAN RONIS**
**U.S. ATTORNEY**                  **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**          **STARR WILSON**
                                          **Court Reporter**

_____                    _____
 **Interpreter**                         **Probation Officer**
                                   **PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:  ATTORNEY JAN RONIS APPEARED WITH A SUBSTITUTION OF COUNSEL AND APPLICATION PRO HAC VICE; COURT ADVISE COUNSEL THAT HIS PRO HAC VICE APPLICATION WAS NOT COMPLETE BECAUSE HE FAILED TO INCLUDE THE LOCAL COUNSEL INFORMATION; COURT REFUSED TO SIGN SUBSTITUTION OF COUNSEL UNTIL COUNSEL COMPLETED THE PRO HAC VICE APPLICATION CORRECTLY ; COURT ALLOWED COUNSEL TO SPECIALLY APPEAR FOR RAFAEL MIRAND; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 12/11/07; COURT ADVISED COUNSEL THAT HE SHOULD RE-SUBMIT HIS CORRECTED APPLICATION AND BE APPROVED BEFORE THE NEXT APPEARANCE**
**PROCEEDINGS**

**Case Continued to 12/11/07                for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**

**cc:**