```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  GARTH HIRE (CABN 187330)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340-S
 6     Oakland, California 94612
       Telephone:  (510) 637-3929
 7     Facsimile:  (510) 637-3724
       E-mail:     Garth.Hire@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00442 SBA |
| ) | |
| Plaintiff, ) | STIPULATION TO SCHEDULE |
| ) | HEARING FOR CHANGE OF PLEA AND |
| v. ) | SENTENCING; [PROPOSED] ORDER |
| ) | EXCLUDING TIME |
| THOMAS RICHARD WILLIAMS, and ) | |
| RAFAEL MIRANDA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

1.  The government and defendants have reached a negotiated disposition in which defendants would plead guilty to separate binding plea agreements.

2.  Accordingly, the parties hereby submit the proposed plea agreements, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

    (a)  That the parties have submitted plea agreements for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for

change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on March 11, 2008; and that the time period from December 11, 2007, through March 11, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

DATE: December 7, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/[1]
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATE: December 7, 2007                        /s/
JEROME MATTHEWS, ESQ.

Counsel for Thomas Richard Williams

DATE: December 7, 2007                        /s/
JAN RONIS, ESQ.

Counsel for Rafael Miranda

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on March 11, 2008.  Time is excluded for purposes of the Speedy Trial Act from December 11, 2007, through the hearing date of March 11, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2

1  Rule of Criminal Procedure 11(c)(1)(C).  The United States Probation Office is ordered to
2  prepare a Presentence Report for defendants.
3
4  DATED: _____         _____
                                HONORABLE SAUNDRA BROWN ARMSTRONG
5                               UNITED STATES DISTRICT JUDGE