JAN EDWARD RONIS, ESQ.
California State Bar No. 51450
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone (619) 236-8344



FILED
JAN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(Honorable SAUNDRA B. ARMSTRONG, Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR442 SBA |
| Plaintiff, ) | |
| v. ) | SUBSTITUTION OF ATTORNEY |
| RAFAEL MIRANDA, ) | |
| Defendant. ) | |

Defendant, RAFAEL MIRANDA, hereby substitutes JAN EDWARD RONIS, Attorney at Law at 105 West "F" Street, Third Floor, San Diego, California, telephone (619) 236-8344, as attorneys of record in place and stead of Geoffrey C. Morrison, Esq. located at 185 West D Street, Suite 100, San Diego, CA 92101.

Dated: 11/27/07

_____
RAFAEL MIRANDA

Substitution of Attorney
United States vs. Rafael Miranda

I consent to the above substitution.

Dated: 11/26/07

GEOFFREY C. MORRISON
Attorney of Record

Above substitution accepted.

Dated: 11/26/07

JAN EDWARD RONIS
Substituted Attorney for
RAFAEL MIRANDA

**ORDER**

IT IS SO ORDERED.

Dated: 1/10/08

HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge