JAN EDWARD RONIS
State Bar No.: 51450
105 West F Street, Third Floor
San Diego, California 92101
Telephone: (619) 236-8344
Facsimile: (619) 236-8820
jan@ronisandronis.com

Attorneys for Defendant
Rafael Miranda

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (Honorable SAUNDRA B. ARMSTRONG)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR442 SBA |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | ) | |
| RAFAEL MIRANDA, | ) | Date:  March 11, 2008 |
| Defendant. | ) | Time:  10:00 |

Defendant, RAFAEL MIRANDA, by and through his counsel, Jan E. Ronis, hereby files the following Sentencing Memorandum.

While Mr. Miranda has pled guilty and stipulated to a sentence for his conviction, Mr. Miranda respectfully requests the court consider the perspective and insight of his family as indicated in Exhibit "A" attached hereto.

Dated: March 6, 2008                                Respectfully submitted,

                                                    S/JAN EDWARD RONIS
                                                    _____
                                                    JAN EDWARD RONIS, Esq.
                                                    Attorney for Rafael Miranda