JAN EDWARD RONIS
State Bar No.: 51450
105 West F Street, Third Floor
San Diego, California 92101
Telephone: (619) 236-8344
Facsimile: (619) 236-8820
jan@ronisandronis.com

Attorneys for Defendant
Rafael Miranda

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

(Honorable SAUNDRA B. ARMSTRONG)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR442 SBA |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| RAFAEL MIRANDA, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Chinhayi J. Coleman**
chinhayi.j.coleman@usdoj.gov,cynthia.daniel@usdoj.gov

**Garth Hire**
garth.hire@usdoj.gov,cynthia.daniels@usdoj.gov

**Jerome Emory Matthews**
jerome_matthews@fd.org,rocio_pizano@fd.org,canok_ecf@fd.org

**Jan Edward Ronis**
jan@ronisandronis.com

                                                    S/JAN EDWARD RONIS
March 6, 2008                                       JAN EDWARD RONIS

1