**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 3/11/08

CR 07-00442SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**RAFAEL MIRANDA**                           Present (X) Not Present ( ) In Custody (X)
         **DEFENDANT(S)**

<u>  GARTH HIRE  </u>                        <u>     JAN RONIS                  </u>
**U.S. ATTORNEY**                            **ATTORNEY FOR DEFENDANT(S)**

Deputy Clerk: Lisa R. Clark                  <u>    DIANE SKILLMAN         </u>
                                                     **Court Reporter**

<u>                         </u>              <u>  JESSICA GOLDSBERRY      </u>
 **Interpreter**                                     **Probation Officer**

**PROCEEDINGS**

**REASON FOR HEARING:  CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**
                                                                    **RESULT**
**OF HEARING:  DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT;**

**JUDGMENT: 60 MONTHS BOP; 3 YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: