**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,                  No. CR 07-00442 SBA
12         Plaintiff,                          **SEALING ORDER**
13     v.
14  MIRANDA,
15         Defendant.
16  _____/
17    The following documents in this action are placed under seal and shall not be opened
18  except by the United States Sentencing Commission for its eyes only and shall not be
19  transmitted or otherwise opened except by order of this court upon application.
20     ☒    Presentence Report
21     ☐    Plea Agreement
22     ☐    _____
                (Other)
23
24  **IT IS SO ORDERED.**
25
26  Dated: 3/13/08                             _____
                                               SAUNDRA B. ARMSTRONG
                                               UNITED STATES DISTRICT JUDGE
27
28